Raphael Deutsch
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ, 07601
P. (201) 282-6500
Fax: 201-282-6501
State Bar No. 32798
rdeutsch@steinsakslegal.com

*Attorney for Plaintiff Talon Kent*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talon Kent, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Dynamic Recovery Solutions, LLC, Jefferson Capital Systems LLC and John Does 1-25<br><br>　　　　Defendant | No.: _   2:19-cv-4886<br><br>**CLASS ACTION COMPLAINT for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.**<br><br>**NOTICE OF SETTLEMENT** |

　　　Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.


DATED, this 4th day of October, 2019

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Raphael Deutsch*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Raphael Deutsch, Esq.
**Stein Saks, PLLC**
*Attorneys for Plaintiff*